**FILED**

12/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0360

ELGIN FABER and COLLEEN FABER,

Appellants/Cross-Appellees,

-vs-

KEITH RATY, COLLEEN RATY, et al,

Appellees/Cross-Appellants.

_____

.

### ORDER GRANTING EXTENSION OF TIME
### FOR COURT REPORTER TO FILE TRANSCRIPTS ON APPEAL

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Court Reporter, Cindy Prindiville, is

granted an additional 50 days from December 4, 2021, that is, until February 12,

2022, to file her transcripts on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 27 2021